IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JOHNNY LINSON, )
    Plaintiff, )
     )
v. ) No. 3:08-CV-82
     ) (Phillips)
BWXT Y-12, LLC, and )
BABCOCK & WILSON TECHNICAL SERVICES, )
Y-12, LLC, )
    Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants BWXT Y-12, LLC and Babcock & Wilson Technical Services, Y-12, LLC The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment [Doc. 7] is **GRANTED,** that the plaintiff Johnny Linson take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants BWXT Y-12, LLC and Babcock & Wilson Technical Services, Y-12, LLC recover of the plaintiff Johnny Linson their costs of action.

Dated at Knoxville, Tennessee, this _____ day of September, 2008.

                                             s/ Patricia L. McNutt
                                             Clerk of Court